# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Lubbock Division

5-24CV-082-C

MAR 29 2024 AM 8:53
FILED - USDC - NDTX - LU

Case No. _____

*(to be filled in by the Clerk's Office)*

Plaintiff(s): Alexander Eric Pierce

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Walmart Stores, E. Polack (EMPL)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Alexander Eric Pierce
Address: P.O. Box 847
Haskell, Texas 79521
City / State / Zip Code
County:
Telephone Number: 940-864-6200
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Walmart Stores
Job or Title (if known):
Address: 702 W. Loop 289
Lubbock, Texas 79416
City / State / Zip Code
County: Lubbock County
Telephone Number: 806-793-9686
E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

**Defendant No. 2**
Name: E. Polack
Job or Title (if known): Asset Protection
Address: 702 W. Loop 289
Lubbock, Texas 79416
City / State / Zip Code
County: Lubbock County
Telephone Number: 806-793-9686
E-Mail Address (if known):

☑ Individual capacity  ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

        *City    State    Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

        *City    State    Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Conspiracy Against Rights
Deprivation of rights under color of law
Conspiracy to Obstruct Justice
Obstruction of Justice related to the Incident
Amendments IV, VIII, and IX of the U.S. Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant acted under color of law in the attack.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

See Exhibit A

B. What date and approximate time did the events giving rise to your claim(s) occur?

March 19, 2023, 2100 - 2300 hrs.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Exhibit A & Exhibit B

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Head, Teeth, Neck, Back, Abdomen, and Leg injuries. Plaintiff had a concussion with recurring headaches. The EMS techs only looked at Pierce and took photos.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want this honorable court to find the defendants acted malicious in the punishment they gave to the plaintiff. It was cruel & unusual and police brutality. I am asking for 7 million dollars in actual and punitive damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/21/24

Signature of Plaintiff
Printed Name of Plaintiff: Alexander Eric Pierce

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
  City    State    Zip Code
Telephone Number
E-mail Address

Exhibit A

On or about the 19th day of March 2023, Alexander Eric Pierce, otherwise known as the Plaintiff in this action, was shopping at the WalMart located on 702 W Loop 289 when he was abruptly tackled in an aisle in the aforementioned retail store by Lubbock Police Department Officer Michael T. Taylor. Officer Taylor threw Mr. Pierce to the ground and jumped on his back then proceeded to using a Taser gun repeatedly. At this time while Mr. Pierce remained on his stomach, Officer Ortiz of the Lubbock Police Department put his knee on Mr. Pierce's neck and started punching him in the face and all over his head. Mr. Pierce kept trying to cover his head and his face while Officer Taylor continued to Tase him. Mr. Pierce was then taken to the Loss Prevention Office where photographs were taken of his injuries. He was subsequently arrested and charged with the following crimes: 1. Robbery 2. Tamper/Fabricate Physical Evidence w/ Intent To Impair 3. Evading Arrest Detention 4. Resisting Arrest Search or Transport 5. Fail To ID Fugitive Intent Give False Info. All charges were eventually Rejected by a Lubbock Grand Jury. Officer Jasmine Garcia played a key role in the attack since she did not intervene, or try to stop the attack upon arriving at the scene. The Probable Cause Arrest Affidavit does not mention the officers, or all of the officers, that took a part in the brutal beating and Tasing of the Plaintiff.



**Lubbock Police Department**
**Probable Cause Arrest Affidavit**

**STATE OF TEXAS**
**COUNTY OF LUBBOCK**

LPD Case # 23-8257

Before me, the undersigned authority, on this day personally appeared the undersigned AFFIANT who, after being duly sworn by me, on oath stated that he/she has good reason to believe, and does that on or about the __19__ day of __March__ 2023, an offense has been committed in Lubbock County.

AFFIANT'S belief is based on the following (check and complete all that apply):

[X] AFFIANT'S personal investigation of this offense.

[ ] Information received from _____, a fellow Peace Officer who personally participated in the investigation of this offense, whose information AFFIANT believes to be credible.

[ ] Domestic Violence: Relationship _____ Injuries _____
[ ] Illegal Drugs: Substance _____ Weight _____
[ ] Traffic Violation: _____

Offender Name: __Alexander Eric Pierce__  DATE OF BIRTH: __3/31/88__
Highest Offense: __ROBBERY__  STATUTE: __PC 29.02__  CLASSIFICATION: __F2__
Location: __702 W Loop 289__

**SUMMARY (including additional offenses):**

Police radio call to Walmart, 702 W Loop 289, in reference to a theft in progress. E. Polack (EMP1) works as Asset Protection for Walmart. EMP1 advised he observed A1 remove a saw blade and knife from its package. A1 then removed a pair of pliers from its package and concealed it on his person. Officers attempted to make contact with A1. A1 observed Officer Murray and fled. A1 ran towards me. A1 attempted to run past me, I grabbed A1 and took A1 to the ground. A1 was instructed numerous times to place his hands behind his back. A1 refused. During the struggle to place A1 in handcuffs Ofc. Murray was injured by A1's actions. A1 was escorted to the Asset Protection office for further investigation. Officers attempted to identify A1. A1 initially refused to identify himself, but later provided a fictitious name and date of birth. A1's property was searched and the property A1 concealed was located. A1 had no way to pay for the items he selected and concealed. The saw blade A1 removed from its package and used to remove other items from their packaging was located in the area A1 attempted to flee from officers. Security footage was shown to me by EMP1. The security footage showed A1 in Walmart selecting items. A1 then removed the items from their package. A1 was transported to LCDC where he attempted to slip his handcuffs during transport, causing transport to be stopped and A1 be rehandcuffed. At LCDC A1 was positively identified and it was discovered A1 had warrants for his arrest. Due to the totality of the circumstances A1 was charged with tampering due to A1 concealing the saw blade. Evading due to fleeing from officers, resisting arrest by refusing to comply with officers instructions to place his hands behind his back, criminal mischief due to A1 damaging the packages of the items he removed and concealed, Robbery due to A1 committing theft and causing bodily injury to another, Resisting transport due to A1 attempting to slip his handcuffs during transport, Fail to ID as a fugitive due to A1 giving false info as who he was knowing he had warrants, and his four warrants.

The undersigned Peace Officer in and for the State of Texas duly swears that the statements contained herein are true and correct to the best of his/her knowledge, subscribed and sworn to on the __19__ day of __March__, 2023.

AFFIANT (Name and Badge No.) _____ 042
AFFIANT #2 (Name and Badge No.) _____ 074

Revised 10/22/2013

Page 1 of 1

Alexander Eric Pierce
P.O. Box 847
Haskell, TX, 79521

RECEIVED
MAR 29 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Federal District Clerk
1205 Texas Ave Suite 209
Lubbock, TX, 79401

Legal Mail

