IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ALEXANDER ERIC PIERCE, Institutional ID No. 69701-510, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:24-CV-00082-C |
| WALMART STORES, *et al.*, | § § § | |
| Defendant. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date, it is ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint and all claims alleged therein are DISMISSED with prejudice.

Dated July 29, 2024.

_____
SAM R. CUMMINGS
Senior United States District Judge